IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DERRICK A. CLARK,

      Appellant,

v.

      Case No.  5D23-272
      LT Case No. 16-2021-CF-11297

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 4, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, and
Virginia Chester Harris, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm, without further discussion, Appellant's conviction and sentence on the count of grand theft following his guilty plea. However, the written judgment inadvertently also includes a conviction and sentence on a separate count of burglary of a structure or conveyance. Appellant never pleaded guilty to this count; and under the parties' plea agreement, which was accepted by the trial court, the State agreed to file a nolle prosequi.

Accordingly, we direct the trial court to enter an amended judgment that shows Appellant only being convicted and sentenced for grand theft.

AFFIRMED; REMANDED with directions.

EDWARDS, C.J., WALLIS and LAMBERT, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

2